ACCEPTED
01-13-00963-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 5:08:20 PM
CHRISTOPHER PRINE
CLERK

**No. 01-13-00963-CV**

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/21/2015 5:08:20 PM

CHRISTOPHER A. PRINE
Clerk

**MEDICAL DISCOUNT PHARMACY, L.P.,
LIFECHEK ROSENBERG GP, INC., LIFECHEK, INC., AND
BRUCE V. GINGRICH, INDIVIDUALLY,**

**Appellants**

**v.**

**STATE OF TEXAS,**

**Appellee**

On Appeal from
Cause No. 12-DCV-196841
In the 434th District Court of Fort Bend County, Texas

**APPELLANTS' MOTION FOR A 14-DAY EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

Levon G. Hovnatanian
State Bar No. 10059825
*hovnatanian@mdjwlaw.com*
Bruce E. Ramage
State Bar No. 16492500
*ramage@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Phone
(713) 222-0101 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Come now the appellants—Medical Discount Pharmacy, L.P., Lifechek Rosenberg GP, Inc., Lifechek, Inc., and Bruce V. Gingrich, Individually (collectively, "Appellants")—and respectfully move for a 14-day extension of time to file their motion for rehearing. Appellants have requested and received one previous extension of time (30 days) to file their motion for rehearing.

The current deadline for Appellants to file their motion for rehearing is Friday, August 21, 2015. This motion is e-filed on Friday, August 21, 2015, and is therefore timely filed. *See* Tex. R. App. P. 49.8.

The facts reasonably relied upon to explain the need for an extension of time are as follows. Levon G. Hovnatanian, Appellants' appellate counsel, has been extremely busy with other pressing matters, including:

**1.** Mr. Hovnatanian's father's wife's father, who lived in Simpson, Louisiana, passed away a few days ago. That has necessitated Mr. Hovnatanian making several trips.

**2.** Mr. Hovnatanian is preparing for oral argument on behalf of the respondent, Liberty Insurance Corporation, in Cause No. 14-0753, *U.S. Metals, Incorporated v. Liberty Mutual Group, Incorporated d/b/a Liberty Insurance Corporation*, scheduled for September 2, 2015, in the Supreme Court of Texas.

**3.** Mr. Hovnatanian is preparing the Brief of Appellee BNSF Railway Company, in Cause No. 05-14-01575-CV; *William T. Dickson, Appellant v. BNSF Railway Company and Fellers Snider Blankenship Bailey & Tippens, P.C.*; due on August 21, 2015; in the Dallas Court of Appeals.

**4.** Mr. Hovnatanian is preparing the brief of appellee Integrity Insurance Solutions, in Cause No. 14-15-00042-CV; *Benson Scott Wyly v. Essex Insurance Company, U.S. Risk, Inc., and Integrity Insurance Solutions*; due on August 31, 2015; in the Fourteenth Court of Appeals.

Considering the above, Appellants respectfully move the Court for an extension of time of 14 days to file their motion for rehearing, that is, to and including Friday, September 4, 2015.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: /s/ Levon G. Hovnatanian
    Levon G. Hovnatanian
    State Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
    Bruce E. Ramage
    State Bar No. 16492500
    *ramage*@mdjwlaw*.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

*ATTORNEYS FOR APPELLANTS MEDICAL DISCOUNT PHARMACY, L.P., LIFECHEK ROSENBERG GP, INC., LIFECHEK, INC., AND BRUCE V. GINGRICH, INDIVIDUALLY*

## CERTIFICATE OF CONFERENCE

This is to certify that on August 21, 2015, the undersigned attempted to confer with Ms. Rosemarie M. Donnelly, lead appellate counsel for appellee the State of Texas, regarding whether she opposes this motion, but was unable to reach her.

/s/ Levon G. Hovnatanian
Levon G. Hovnatanian

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated motion for a 14-day extension of time to file motion for rehearing contains 311 words.

/s/ Levon G. Hovnatanian
Levon G. Hovnatanian
Dated: August 21, 2015

3

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing motion has been forwarded to all counsel listed below on this 21st day of August, 2015, by the methods indicated below:

Ms. Rosemarie M. Donnelly
OFFICE OF THE ATTORNEY GENERAL
Consumer Protection and Public Health Division
808 Travis, Suite 1520
Houston, TX 77002
*rosemarie.donnelly@texasattorneygeneral.gov*
*(Attorneys for appellee the State of Texas)*
*(via e-filing and e-mail )*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian